

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00697-CV

Lois S. **CANTU**,
Appellant

v.

Chad **HANCHEY** and Alyka Hanchey,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCN-16-0000163
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellees Chad Hanchey and Alyka Hanchey recover their costs of appeal from appellant Lois S. Cantu.

SIGNED July 31, 2019.

_____
Beth Watkins, Justice